# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Kevin Scott Frederick
Attorney at Law
P. O. Box 52880
Lafayette LA 70505

**REHEARING ACTION: February 16, 2011**

**Docket Number: 10   00338-CA**

**BONNIE ROMERO**
**VERSUS**
**CLARENDON AMERICA INSURANCE CO., ET AL.**

**Appealed from Acadia Parish Case No. 200811097**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Sylvia R. Cooks**
> **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Bonnie Romero** has this day been

> **DENIED.**
> Thibodeaux, J., would grant rehearing.

cc: Philip Stephen Aucoin  Jr., Counsel for the Appellee
    David Oliver Way, Counsel for the Appellee
    Kenny Layne Oliver, Counsel for the Appellee
    James Thomas Rivera, Counsel for the Appellee
    John Edmund McElligott, Jr., Counsel for the Appellee